IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MOHAMMAD MIR,<br><br>    Defendant. | No. CR 04-0293 MHP<br><br>**ORDER EXONERATING BOND** |

The bond previously posted is hereby EXONERATED. The defendant's passport and any security previously posted may be returned to its owner.

IT IS SO ORDERED.

DATED: 2/19/2009

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

ORDER EXONERATING BOND